ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
NATHANIEL J. WALTERS
Assistant United States Attorney
State Bar No.: 029708
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: nathaniel.walters@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR18-1092TUC |
|---|---|
| Plaintiff, | |
| vs. | INDICTMENT |
| Alfredo Gamboa-Chaidez,<br>aka Alfredo Gamboa-Chairez,<br>aka Javier Gamboa-Chaidez, | Violations:<br>8 U.S.C. § 1326(a)(enhanced by<br>8 U.S.C. § 1326(b)(1)) |
| Defendant. | (Illegal Reentry) |

**THE GRAND JURY CHARGES:**

On or about May 15, 2018, at or near Ajo, in the District of Arizona, Alfredo Gamboa-Chaidez, aka Alfredo Gamboa-Chairez, aka Javier Gamboa-Chaidez, an alien, entered and was found in the United States of America after having been denied admission, excluded, deported, and removed therefrom at or near Nogales, Arizona, on or about February 10, 2018, and not having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in

///

violation of Title 8, United States Code, Section 1326(a), enhanced by Title 8, United States Code, Section 1326(b)(1).

A TRUE BILL

/ S /

_____
Presiding Juror

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

/ S /

Assistant United States Attorney

Dated: June 13, 2018

*United States of America v. Alfredo Gamboa-Chaidez*
*Indictment Page 2 of 2*